EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0409DAE |
| | ) | |
| | ) | APPLICATION AND ORDER FOR |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| vs. | ) | |
| | ) | |
| PAUL RAPHAEL SPINK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Halawa Community Correctional Custody Center, Honolulu, Hawaii, in the custody of the Administrator thereof, the defendant PAUL RAPHAEL SPINK in the above-entitled case, which case will be called for a hearing on an Order to Show Cause Why His Term of Supervised Release (TSR) Should Not be Revoked on the 17th day of April, 2006, at the hour of 9:00 a.m., and that it is necessary to have said

defendant present in the courtroom of the Honorable David A. Ezra, United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Administrator to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the TSR revocation action now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Administrator commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable David A. Ezra in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the TSR revocation action now pending against defendant return him to the said Halawa Community Correctional Custody Center.

DATED: April 4, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Michael K. Kawahara
   MICHAEL K. KAWAHARA
   Assistant U.S. Attorney

O R D E R
---

      Upon reading and filing the foregoing Application in that behalf;

      IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;



      /s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 6, 2006

United States v. Spink
Cr. No. 03-00409 DAE
"Application and Order for Writ of
Habeas Corpus Ad Prosequendum"