EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 06 2006

at 3 o'clock and 05 min __M
SUE BEITIA, CLERK

        IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    )  CR. NO. 03-0409DAE
                             )
            Plaintiff,       )  WRIT OF HABEAS CORPUS AD
                             )  PROSEQUENDUM
    vs.                      )
                             )
                             )
PAUL RAPHAEL SPINK,          )
                             )
            Defendant.       )
_____)

          WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Administrator, Halawa Community Correctional Custody
     Center, Honolulu, Hawaii; and to the United States Marshal
     for the District of Hawaii, or his/her assistant.

                    G R E E T I N G S

        We command that you, the Administrator of the Halawa

Community Correctional Custody Center, Honolulu, Hawaii, produce

the body of PAUL RAPHAEL SPINK, now in your custody, to the

United States Marshal, District of Hawaii, United States

Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable David A. Ezra, United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on 17th day of April 2006 at the hour of 9:00 a.m. for a hearing on an Order to Show Cause Why His Term of Supervised Release (TSR) Should Not be Revoked, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

    Custody of said PAUL RAPHAEL SPINK shall remain with the United States Marshal. The delivery of the body of said PAUL RAPHAEL SPINK by the United States Marshal to the courtroom of the Honorable David A. Ezra as aforesaid until termination of the TSR revocation action now pending against defendant and the return by the United States Marshal of said PAUL RAPHAEL SPINK to the custody of the Halawa Community Correctional Custody Center, shall be deemed sufficient compliance with this Writ.

    WITNESS the Honorable David A. Ezra, District Judge of the United States District Court for the District of Hawaii.

    DATED: April 6, 2006, at Honolulu, Hawaii.
SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

<u>United States v. Spink</u>
Cr. No. 03-0409DAE

"Writ of Habeas Corpus Ad Prosequendum"