PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        fpdhi@hotmail.com

Attorney for Defendant
PAUL SPINK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00409 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL; EXHIBIT A; |
| vs. | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| PAUL SPINK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the defendant, PAUL SPINK, through counsel, Alexander Silvert, First Assistant Federal Defender, and moves this Honorable Court to withdraw as counsel and have new counsel appointed from the CJA panel.

This motion is based upon the attached declaration of counsel and Exhibit "A."

DATED: Honolulu, Hawaii, April 11, 2006.

/s/Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
PAUL SPINK

# CERTIFICATE OF SERVICE

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on April 10, 2006:

Served Electronically through CM/ECF:

MICHAEL K. KAWAHARA
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
PAUL SPINK