MR. SILVERT,                                                                                    APRIL 5, 06

    BASED ON OUR LAST CONVERSATION, I FEEL THAT YOU MAY NOT BE SUITABLE IN DEALING WITH MY CASE. AS MY LEGAL COUNSELOR, YOU ARE THERE TO HELP AND REPRESENT ME TO THE BEST OF YOUR ABILITY. HOWEVER, IN OUR LAST CONVERSATION, EVERYTHING IN WHICH YOU SPOKE OF WAS NEGATIVE. NOTHING YOU SAID SHED ANY LIGHT TO THE CASE, NOR GAVE IT ANY SENCE OF HOPE. SO WITH ALL DUE RESPECT, I WOULD LIKE IT VERY MUCH IF YOU WITHDREW YOURSELF FROM MY CASE, DUE TO THE CONFLICT OF INTEREST. THANKYOU AND GOOD-DAY!

C.C. ALEXANDER SILVERT.

                                    SINCERELY: PAUL SPINKS