IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 03-00409 DAE |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| PAUL SPINK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF COUNSEL

I, ALEXANDER SILVERT, hereby declare as follows:

1. That the Office of the Federal Defender has represented the defendant, PAUL SPINK, in the past on a prior revocation hearing.

2. That there is a second revocation hearing pending before Judge Ezra that has been scheduled for Monday, April 17, 2006.

3. That the defendant, who is currently in state custody doing a state sentence, had contacted my Office regarding his federal detainer and asked that a hearing be scheduled.

4. That counsel notified the Probation Department and the United States Attorney's Office of the defendant's request. Whereupon, a revocation hearing was set for April 17th.

5. That counsel has, this date, received a letter from the defendant attached as Exhibit "A" wherein the defendant states his dissatisfaction with counsel and seeks the appointment of new counsel.

6. That the defendant is currently in state custody and it is unknown to defense counsel when he will be brought into federal custody prior to his hearing on Monday, April 17, 2006.

7. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, April 11, 2006.

/s/Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
PAUL SPINK