# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 03-00409DAE

CASE NAME:         USA vs. PAUL RAPHAEL SPINK

ATTYS FOR PLA:     Michael K. Kawahara

ATTYS FOR DEFT:    Alexander Silvert

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:    FTR-Courtroom 7

DATE:     4/17/2006                    TIME:        10:30-10:37

COURT ACTION:  EP: Motion to Withdraw as Counsel - Defendant present in custody.

Court questions Defendant.  Motion Denied without prejudice and terminated.

Defendant and Counsel to meet and confer and discuss case further.

If after meet and confer, Defendant still wishes withdrawal of counsel.  Oral Motion to be made before Judge David Alan Ezra.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager