# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 03-00409DAE

CASE NAME:         USA v. Paul Raphael Spink

ATTYS FOR PLA:     Michael Kawahara

ATTYS FOR DEFT:    Alexander Silvert

USPO:              Jonathan Skedeleski

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Aha Kupono, ESR |
| DATE: | 4/21/2006 | TIME: | 9:45am-10:15am |

COURT ACTION:  Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE

Imprisonment: 50 MONTHS, to be served consecutively with State of Hawaii case no. CR 04-1-1103 in Counts 7, 9-11

Supervised Release: None imposed

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager