# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00409DAE

CASE NAME:        USA v. Paul Raphael Spink

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

---

JUDGE:   David Alan Ezra            REPORTER:

DATE:    4/26/2006                  TIME:

---

COURT ACTION:  EO:  Order to Show Cause Why Supervised Released Should Not Be Revoked.

TO BE ADDED:

JUDICIAL RECOMMENDATIONS: Terminal Island, CA.

Submitted by:  Theresa Lam, Courtroom Manager