AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2006

at 9 o'clock and 20 min. A M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**PAUL RAPHAEL SPINK**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 1:03CR00409-001<br>USM Number: 01167-093<br>**ALEXANDER SILVERT, FAFPD**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s) <u>Standard Condition No. 6 and General Condition</u> of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   1714

Defendant's Residence Address:
**Kapiolani Blvd.
Honolulu, HI 96826**

Defendant's Mailing Address:
**Kapiolani Blvd.
Honolulu, HI 96826**

APRIL 21, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

MAY 16 2006
Date


SCANNED

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

| CASE NUMBER: | 1:03CR00409-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | PAUL RAPHAEL SPINK | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject failed to notify the Probation Officer 10 days prior to change in residence | 4/24/2004 |
| 2 | Subject engaged in conduct constituting Sexual Assault in the First and Third Degree in violation of Hawaii Revised Statutes §707-730 and §707-732 | 4/19/2004- 4/23/2004 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:03CR00409-001 | Judgment - Page 3 of 3 |
| DEFENDANT: PAUL RAPHAEL SPINK | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 50 MONTHS .

This term consists of FIFTY(50) MONTHS, to be served consecutively with State of Hawaii case no. CR 04-1-1103 in Counts 7, 9-11

[✔]  The court makes the following recommendations to the Bureau of Prisons:
Terminal Island, CA.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal